UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Personal Audio, LLC, | ) |
|     Plaintiff, | ) Case No. 1:11-cv-00432-RC |
| v. | ) **Jury Trial Demanded** |
| HTC Corp., et al., | ) |
|     Defendants. | ) |

**Declaration of Daniel R. Burgess in Support of
Personal Audio's Responsive Claim Construction Brief**

I, Daniel R. Burgess, declare and state as follows:

1. I am an attorney at law, duly licensed to practice before all courts in the State of Minnesota, and admitted to practice in the Eastern District of Texas. I am a member of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., attorneys of record for Personal Audio, LLC. If called as a witness I could competently testify to the following based upon my own personal knowledge.

2. Attached as Exhibit A is a true and correct copy of excerpts from this Court's Order Construing Claim Terms of United States Patent Nos. 6,199,076 and 7,509,178 (D.I. 258) from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex. Dec. 21, 2010).

3. Attached as Exhibit B is a true and correct copy of excerpts from this Court's Order Denying Defendant's Motion for Summary Judgment of Indefiniteness (D.I. 292) from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex. Jan. 31, 2011) .

4. Attached as Exhibit C is a true and correct copy of excerpts from this Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Reconsideration of Order Denying

1

Defendant's Motion for Reconsideration of Order Denying Motion for Summary Judgment of Indefiniteness (D.I. 358) from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex.).

5. Attached as Exhibit D is a true and correct copy of excerpts from Volume 2 of the Reporter's Transcript of Jury Trial from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex. June 24, 2011).

6. Attached as Exhibit E is a true and correct copy of Statement of Reasons for Patentability and/or Confirmation, filed August 27, 2012 in *In re Patent in Reexamination 6,199,076* (Control No. 90/011,579).

7. Attached as Exhibit F is a true and correct copy of excerpts from Office Action in *Inter Partes* Reexamination, filed April 16, 2010 in *In re Patent in Reexamination 7,509,178* (Control No. 95/001,295).

8. Attached as Exhibit G is a true and correct copy of excerpts from the transcript of the Deposition of Eugene Novacek, taken on April 1, 2011 in *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex.).

9. Attached as Exhibit H is a true and correct copy of excerpts from the DAD486x Digital Audio Delivery System Operations Manual, Version 6.0A.

10. Attached as Exhibit I is a true and correct copy of excerpts from Patent Owner's Response in Inter Partes Reexamination, filed July 16. 2010 in *In re Patent in Reexamination 7,509,178* (Control No. 95/001,295).

11. Attached as Exhibit J is a true and correct copy of excerpts from Plaintiff Personal Audio, LLC's Technology Synopsis (D.I. 191) from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex.).

12. Attached as Exhibit K is a true and correct copy of excerpts from the Attachment to Plaintiff Personal Audio, LLC's Technology Synopsis (D.I. 193) from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex.).

13. Attached as Exhibit L is a true and correct copy of excerpts from Volume 6 of the Reporter's Transcript of Jury Trial from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex. June 30, 2011).

14. Attached as Exhibit M is a true and correct copy of demonstrative exhibit DDX-469 used by Apple in the jury trial from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex.).

15. Attached as Exhibit N is a true and correct copy of excerpts from Personal Audio, LLC's Reply Claim Construction Brief (D.I. 184) from *Personal Audio, LLC v. Apple Inc., et al.*, Case No. 9:09-cv-111 (E.D. Tex.).

16. Attached as Exhibit O is a true and correct copy of excerpts from *Barron's Dictionary of Computer and Internet Terms* (5th ed. 1996).

Executed this 27th day of September, 2012, in Minneapolis, Minnesota

By: /s/ Daniel R. Burgess
Declarant