# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: BEAUMONT | § | DATE:   11/19/12 |
| | § | |
| JUDGE: RON CLARK | § | REPORTER: Chris Bickham |
| | § | |
| PERSONAL AUDIO, LLC | § | CIVIL NO.:   1:11-cv-432 |
| *PLAINTIFFS* | § | |
| | § | |
| SAMSUNG ELECTRONICS, CO., LTD, et al | § | |
| *DEFENDANTS* | § | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Plaintiff:   Cy Morton, David Prange, Jake Holdreith, Toby Nash, Corp. Rep: Jim Logan

Attorneys for Defendant:   John Schnurer, Patrick McKeever, Thane Bauz, Evan Day, Dru Montgomery, Corp Rep: Owais Siddiqui

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:   9:00am Markman hearing began.  Counsel made announcements.  Court and counsel discussed various claims and term constructions.  10:15am Court recessed.  10:40am Court resumed.  Court's Exhibits #1-2 will be attached to these minutes.  12:00pm Court recessed.  1:30pm Court resumed.  Court heard arguments on Plt's Motion to Limit Access (Doc#131) and Plt's Motion to Compel (Doc#135).  Court instructed Plaintiff to provide source code level infringement contentions no later than December 7, 2012, as discussed on the record.  Parties should then discuss whether these products fit in with the representative products already identified and inform the court no later than December 21, 2012 regarding representative groupings.  The court will enter a written orders on Motions # 131 and 135.  3:30pm Court adjourned.

DAVID J. MALAND, CLERK
/s/ *Faith Ann Laurents*
Deputy Clerk

TOTAL TIME:   4   hrs.   35   mins.          ☐ See Addt'l. Proceedings